UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANGELICA CHARLES,<br><br>Defendant. | **MISDEMEANOR INFORMATION**<br><br>24 Cr.<br><br>**24 CRIM 032** |

#### COUNT ONE
(Assaulting an Employee of the United States)

The United States Attorney charges:

1. On or about August 27, 2023, in the Southern District of New York and elsewhere, ANGELICA CHARLES, the defendant, knowingly and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with a person designated in Title 18, United States Code, Section 1114, while engaged in and on account of the performance of official duties, to wit, CHARLES forcibly assaulted an employee of the United States Postal Service.

(Title 18, United States Code, Section 111(a)(1).)

*Damian Williams*
DAMIAN WILLIAMS
United States Attorney